Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
APR 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BRAND MAZZARELLE,<br><br>    Petitioner,<br>vs.<br><br>VICTOR M. ALMAGER, WARDEN,<br><br>    Respondent. | Case No. EDCV 07-1363-DDP(RC)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: 4-17-08

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

R&R-MDO\07-1363.jud
10/23/07